LINK: N/A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-1149 GAF (FFMx) | Date | April 16, 2014 |
|---|---|---|---|
| Title | Hector Velarde v. Target Corporation | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:     Attorneys Present for Defendant:

None     None

**Proceedings:**     **(In Chambers)**

**ORDER VACATING ORDER TO SHOW CAUSE**

On March 24, 2014, the Court ordered Defendant to show cause why this case should not be dismissed for lack of subject matter jurisdiction, due to its failure to properly allege amount in controversy in the Notice of Removal from state court. (Docket No. 7 [3/24/14 Order].) Defendant filed a timely response on April 7, 2014. (Docket No. 8 [Response to Order to Show Cause].) Based on the response, it appears that this Court has subject matter jurisdiction. The Court's March 24, 2014, Order to Show Cause is accordingly **VACATED**.

**IT IS SO ORDERED.**