JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR VELARDE, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORP.,<br>　　　　　Defendant. | CASE NO. CV14-1149 GAF(FFMX)<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed:　January 16, 2014 |

　　PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that plaintiff Hector Velarde's claims against defendant Target Corp. in the above-captioned action be and hereby are dismissed with prejudice.  Each party shall bear his or its own attorneys' fees and costs incurred herein.

　　IT IS SO ORDERED.

Dated:  May 20, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE